**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE TO FILE SUPPLEMENTAL CLERK'S RECORD WITH AMENDED CERTIFICATION

Appellate case name:          Ex parte Ammar Mohammed Alali

Appellate case number:      01-15-00796-CR

Trial court case number:    29624

Trial court:                       County Court of Chambers County

      In response to the notice sent by the Clerk of this Court on September 24, 2015, the State filed a letter that day attaching the trial court's proposed certification of appellant's right of appeal of the denial of his application for a writ of habeas corpus. *See* TEX. R. APP. P. 37.1. However, the Clerk of this Court has examined the proposed certification and has determined that it does not comport with the Texas Rules of Appellate Procedure because two of the boxes are checked regarding whether appellant has a right of appeal, one stating that this is a plea-bargain case, but the trial court has given him permission to appeal the denial of his habeas application, while the other one states that this is a plea-bargain case, and he has no right of appeal. *See id.* 25.2(a)(2), (d). This constitutes notice to all parties of the defective certification. *See id.* 37.1.

      Accordingly, the trial court clerk is directed to prepare, certify, and file in this Court a supplemental clerk's record containing the trial court's amended certification of the appellant's right of appeal with only one of the boxes checked regarding whether appellant has a right of appeal of the denial of his habeas application. *See* TEX. R. APP. P. 25.2(f), 34.5(a)(12), (c)(1). The supplemental clerk's record containing the trial court's amended certification should be filed within **30 days** of the date of this notice. *See id.* 37.1.

Clerk's Signature: _____

Date:  September 29, 2015